

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF MISSISSIPPI
701 North Main Street, Suite 216
Hattiesburg, Mississippi 39401
(601) 255-6370

Michael T. Parker
U.S. Magistrate Judge

July 14, 2023

Goerge V. Wylesol, Clerk of Court
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

    RE:    USA v Donavon Anthony Parish
               ED/PA No. 2:23cr276-CMR
               SD/MS No. 2:23mj21

Dear Mr. Wylesol:

    Enclosed please find certified copies of the documents filed as a result of the Rule 5(c)(3) proceedings held before Magistrate Judge Mike Parker, including a certified copy of the docket summary. Please note that the CJA Financial Affidavit and the Pre-Trial Services Report were filed under seal in our District.

    If you need additional information, please do not hesitate to contact me.

                                  Sincerely,

                                  Kim Mitchell
                                Courtroom Deputy Clerk

\kpm
Enclosures